1  SANDRA R. BROWN
   Acting United States Attorney
2  THOMAS D. COKER
   Assistant United States Attorney
3  Chief, Tax Division
   JOLENE TANNER (SBN 285320)
4  Assistant United States Attorney
           Federal Building, Suite 7211
5          300 North Los Angeles Street
           Los Angeles, California 90012
6          Telephone: (213) 894-3544
           Facsimile: (213) 894-0115
7          E-mail: jolene.tanner@usdoj.gov

8  Attorneys for United States of America

9

10                 UNITED STATES BANKRUPTCY COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12                    LOS ANGELES DIVISION

13  In re:                          Case No. 2:16-bk-24333-BR

14

15  ALEXANDER DAVID SHOHET          Chapter 11

16  and                             UNITED STATES OF AMERICA'S
                                    OPPOSITION TO THE DEBTORS'
17  BERNADINE FRANCIS FRIED         DISCLOSURE STATEMENT

18                        Debtors.  Hearing Date:    August 1, 2017
                                    Hearing Time:    10:00 a.m.
19                                  Location:        Courtroom 1668
                                                     255 E. Temple Street,
20                                                   Los Angeles, CA 90012

21

22         TO THE HONORABLE BARRY RUSSELL, THE DEBTOR, AND OTHER PARTIES IN

23  INTEREST,

24         PLEASE TAKE NOTICE that at the time and date shown above, the United States of America,

25  ("United States") on behalf of its agency the Internal Revenue Service ("IRS") will, and hereby does,

26  oppose the Individual Debtors' Disclosure Statement in Support of Plan of Reorganization (Docket No.

27  62) describing the Individual Debtors' Chapter 11 Plan Of Reorganization (Docket No. 61) filed by

28  Alexander David Shohet and Bernadine Francis Fried (the "Debtors"). The basis for this opposition is

                                         i

1   set forth in the attached Memorandum of Points and Authorities, the pleadings and record in this case,

2   and all other evidence properly presented to the court.

3        PLEASE TAKE FURTHER NOTICE that the parties are hereby advised that Local Bankruptcy

4   Rule 9013-1(g) requires any reply to this Opposition shall be filed with the court and served on the

5   opposing party not later than seven (7) calendar days prior to the hearing. In addition, Local Bankruptcy

6   Rule 9013-1(g)(2) requires that service of reply papers on the opposing parties shall be made by

7   personal service, e-mail, or by overnight mail delivery service.

8

9     Dated: July 18, 2017                 Respectfully submitted,

10                                   SANDRA R. BROWN
       Acting United States Attorney

11         THOMAS D. COKER
       Assistant United States Attorney

12         Chief, Tax Division

13

14            ___/s/ Jolene Tanner_____

15         JOLENE TANNER
       Assistant United States Attorney

16         Attorneys for UNITED STATES OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28

# TABLE OF CONTENTS

I.      STATEMENT OF FACTS ............................................................................................... 1

II.     DISCUSSION ............................................................................................................... 3

     A.      Failure to Provide Adequate Information .......................................................... 3

          1.      The Disclosure Statement does not discuss that the Debtors are post-petition delinquent on payment of their tax liability............................ 4

          2.      The Disclosure Statement does not discuss how the Debtors intend to cure their post-petition tax deficiency. ............................................. 4

          3.      The Disclosure Statement fails to describe proper treatment of the IRS claim......................................................................................... 4

          4.      The Disclosure Statement fails to adequately explain how the Debtors arrived at the amount of the IRS secured and priority claims............................ 4

          5.      The Disclosure Statement fails to explain that the Debtors recently filed amended tax returns for 5 tax years which have not yet been processed and accepted by the IRS........................................ 4

          6.      The Plan states that the Debtors will receive a discharge upon confirmation, which does not comport with section 1141(d)(5)(A) which provides that individual Debtors shall receive a discharge upon completion of all payments under the Plan............................................ 4

     B.      Failure to Propose a Confirmable Plan .............................................................. 4

          1.      Failure to Propose a Feasible Plan ......................................................... 4

          2.      Failure to Provide for the IRS Secured Claim ....................................... 5

          3.      Failure to Provide for the IRS Priority Tax Claim within 5 Years of the Petition Date.................................................................................. 7

          4.      Failure to Remain Current on Post-Petition Taxes ................................ 8

          5.      Failure to Properly Describe Administrative Expenses .......................... 9

III.    CONCLUSION............................................................................................................. 10

003

1

# TABLE OF AUTHORITY

2

## FEDERAL STATUES

3

11 U.S.C. § 301 ................................................................................................................. 7

4

11 U.S.C. § 503 ......................................................................................................... 8, 9, 10

5

11 U.S.C. § 507 ............................................................................................................. 6, 9

6

11 U.S.C. § 1112 ........................................................................................................... 8, 9

7

11 U.S.C. § 1123 ............................................................................................................... 5

8

11 U.S.C. § 1125 ........................................................................................................... 1, 3

9

11 U.S.C. § 1129 ..................................................................................................... 4, 6, 7, 9

10

11 U.S.C. § 1141 ............................................................................................................... 4

11

26 U.S.C. § 1398 ............................................................................................................... 8

12

26 U.S.C. § 6109 ............................................................................................................... 8

13

26 U.S.C. § 6321 ............................................................................................................... 6

14

26 U.S.C. § 6322 ............................................................................................................... 6

15

26 U.S.C. § 6323 ............................................................................................................... 6

16

26 U.S.C. § 6621 ............................................................................................................... 7

17

26 U.S.C. § 6622 ............................................................................................................... 7

18

26 U.S.C. § 6654 ............................................................................................................... 8

19

26 U.S.C. § 6656 ............................................................................................................... 8

20

Fed. R. Bankr. P. 3017 ...................................................................................................... 1

21

## CASES

22

*In re Acequia, Inc.*, 787 F.2d 1352 (9th Cir. 1986) ......................................................... 4

23

*In re Arnold*, 471 B.R. 578 (Bankr. C.D. Cal. 2012) ...................................................... 4

24

*Capitol Waste, Inc. v. A Greener Globe*, No. 2:10-CV-866 FCD EFB, 2011 WL 1459014 (E.D.
Cal. Apr. 15, 2011) ........................................................................................................... 6

25

26

*Dewsnup v. Timm*, 502 U.S. 410 (1992) .......................................................................... 7

27

*In re Diversified Investors Fund XVII*, 91 B.R. 559 (Bankr. C.D. Cal. 1988) .................. 3

28

*In re Mark Anthony Constr., Inc.*, 886 F.2d 1101 (9th Cir. 1989) ................................... 9

*Matter of Pizza of Hawaii, Inc.*, 761 F.2d 1374 (9th Cir. 1985) ............................................... 4

*In re Silberkraus*, 253 B.R. 890 (Bankr. C.D. Cal. 2000) ........................................................ 4

*U.S. By & Through I.R.S. v. McDermott*, 507 U.S. 447 (1993) ................................................ 6

*United States v. Friendship College*, 737 F.2d 430 (4th Cir. 1984) ......................................... 9

*United States v. Nat'l Bank of Commerce*, 472 U.S. 713 (1985) ............................................. 6

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

2

3    United States of America, on behalf of its agency the Internal Revenue Service, objects to the

Individual Debtors' Disclosure Statement in Support of Plan of Reorganization, pursuant to 11 U.S.C. §

4    1125 and Fed. R. Bankr. P. 3017.

5    **I.    STATEMENT OF FACTS**

6    On November 3, 2010, the Debtors filed a voluntary chapter 7 case (Case No. 2:10-bk-57471-

7    BR). The Debtors received a discharge on February 5, 2014 and the case was closed on June 3, 2014.

8    The Debtors filed this voluntary chapter 11 petition on October 30, 2016.[1] (Docket No. 1).

9    On February 7, 2017, the IRS filed its amended proof of claim asserting a total claim of

10    $447,962.35, comprised of a secured claim of $304,270.53, an unsecured priority claim of $131,013.67,

11    and a general unsecured claim of $12,678.15. (Claim No. 1-3). A copy of Claim No. 1-3 is attached

12    hereto as Exhibit A. Aragon Decl., ¶ 8.

13    The IRS recorded Notices of Federal Tax Lien ("NFTL"), covering the tax liabilities for 2007-

14    2012 with the Los Angeles County Recorder as follows:

15

16

| Tax | Tax Period | Recording Date | Location | Recording No. |
|---|---|---|---|---|
| Income (Form 1040) | 12/31/2008; 12/31/2009; 12/31/2010; 12/31/2012 | 02/11/2015 | LA County Recorder | 20150152858 |
| Income (Form 1040) | 12/31/2007 | 03/17/2009 | LA County Recorder | 20090379055 |

17

18

19

20

21    Aragon Decl., ¶ 9. Copies of the Federal Tax Lien Documents evidencing the NFTLs are attached to

22    Claim No. 1-3. Aragon Decl., ¶ 10.

23    On June 7, 2017, the Debtors filed their Individual Debtors' Disclosure Statement in Support of

24    Plan of Reorganization (the "Disclosure Statement," Docket No. 62) and Individual Debtors' Chapter

25    11 Plan Of Reorganization (the "Plan," Docket No. 61). The effective date of the Plan is the first day of

26

27    ───────────────

28    [1] Judicial notice is requested for all relevant documents in the court's electronic file pursuant to Federal
Rule of Evidence 201.

006

the calendar month following the date of entry of the order confirming the Plan (the "Effective Date"). (Disclosure Statement, at 1:11-14).

On or around October 15, 2008, the Debtors filed their Form 1040 for the 2007 tax year reporting tax due of $164,779.00. Aragon Decl., ¶ 11.

On or around October 20, 2010, the Debtors filed their Form 1040 for the 2008 tax year reporting tax due of $3,756.00. Aragon Decl., ¶ 12.

On or around October 15, 2010, the Debtors filed their Form 1040 for the 2009 tax year reporting tax due of $9,492.00. Aragon Decl., ¶ 13.

On or around October 17, 2011, the Debtors filed their Form 1040 for the 2010 tax year reporting tax due of $41,027.00. Aragon Decl., ¶ 14.

On or around October 15, 2012, the Debtors filed their Form 1040 for the 2011 tax year reporting tax due of $66,991.00. Aragon Decl., ¶ 15. On or around May 22, 2017, the Debtors filed a Form 1040x for the 2011 tax year. Aragon Decl., ¶ 16.

On or around August 19, 2014, the Debtors filed their Form 1040 for the 2012 tax year reporting tax due of $91,136.00. Aragon Decl., ¶ 17. On or around May 22, 2017, the Debtors filed a Form 1040x for the 2012 tax year. Aragon Decl., ¶ 18.

On or around November 6, 2014, the Debtors filed their Form 1040 for the 2013 tax year reporting tax due of $9,175.00. Aragon Decl., ¶ 19. On or around May 22, 2017, the Debtors filed a Form 1040x for the 2013 tax year. Aragon Decl., ¶ 20. On or around July 24, 2017, an additional assessment will be made on the Debtors' account for the 2013 tax year of $10,659.00. Aragon Decl., ¶ 21. This additional assessment will need to be paid through the Debtors' Plan.

On or around October 15, 2015, the Debtors filed their Form 1040 for the 2014 tax year reporting tax due of $18,677.00. Aragon Decl., ¶ 22. The Debtors' 2014 Form 1040 is under examination by the IRS. Aragon Decl., ¶ 23. On or around May 22, 2017, the Debtors filed a Form 1040x for the 2014 tax year. Aragon Decl., ¶ 24.

On or around October 17, 2016, the Debtors filed their Form 1040 for the 2015 tax year reporting tax due of $26,874.00. Aragon Decl., ¶ 25. On or around May 22, 2017, the Debtors filed a Form 1040x for the 2015 tax year. Aragon Decl., ¶ 26.

2

The IRS proof of claim is based on the balance due on the 2007-2015 tax years including any penalties and interest calculated through the petition date. Aragon Decl., ¶ 28. The taxes as reflected on the proof of claim are based on assessments made by the IRS based on the income reported on original returns filed by Debtors for the 2007-2015 tax years. Aragon Decl., ¶ 29. The proof of claim also includes penalties assessed and interest charged as reflected on the account transcripts for these taxpayers for the 2007-2015 tax years. Aragon Decl., ¶ 30.  The Forms 1040x filed by the Debtors for the 2011, 2012, 2014, and 2015 tax years have not yet been processed and accepted by the IRS. Aragon Decl., ¶ 27. Once the IRS has processed the amended returns, IRS Insolvency Specialist Sonia Aragon will amended the proof of claim to update the amounts on the proof of claim. Aragon Decl., ¶ 31. True and correct copies of the account transcripts for the periods on the proof of claim are attached hereto as Exhibit B. Aragon Decl., ¶ 32.

On or around May 17, 2017, the Debtors filed their Form 1040 for the 2016 tax year reporting tax due of $11,492.00. Aragon Decl., ¶ 33. The balance due on the 2016 tax year with interest calculated to November 1, 2017 is $8,246.10. Aragon Decl., ¶ 34. The Debtors have not paid their post-petition tax for the 2016 tax year in full, nor have they made tax deposits for the 2017 tax year. Aragon Decl., ¶ 35. True and correct copies of the account transcripts for the post-petition periods of the 2016 and 2017 tax years are attached hereto as Exhibit C. Aragon Decl., ¶ 36.

The estate has not filed its Form 1041 return for 2016. Aragon Decl., ¶ 39. The Debtors have not applied for an EIN number for the bankruptcy estate. Aragon Decl., ¶ 40.

## II.    DISCUSSION

### A.    Failure to Provide Adequate Information

The Debtors have a duty to file a disclosure statement which provides adequate information to allow an investor or claim holder to make an informed judgment about accepting or rejecting the proposed Plan, and in general the solicitation of acceptance or rejection of a plan may not be made until a written disclosure statement with adequate information has been approved by the Court following notice and a hearing. 11 U.S.C. §§ 1125(a)(1) and (b); *see also In re Diversified Investors Fund XVII*, 91 B.R. 559, 560-61 (Bankr. C.D. Cal. 1988) (citations omitted). In this case, the Disclosure Statement does not provide adequate information for the following reasons:

3

1.    The Disclosure Statement does not discuss that the Debtors are post-petition delinquent on payment of their tax liability.

2.    The Disclosure Statement does not discuss how the Debtors intend to cure their post-petition tax deficiency.

3.    The Disclosure Statement fails to describe proper treatment of the IRS claim.

4.    The Disclosure Statement fails to adequately explain how the Debtors arrived at the amount of the IRS secured and priority claims.

5.    The Disclosure Statement fails to explain that the Debtors recently filed amended tax returns for 5 tax years which have not yet been processed and accepted by the IRS.

6.    The Plan states that the Debtors will receive a discharge upon confirmation, which does not comport with section 1141(d)(5)(A) which provides that individual Debtors shall receive a discharge upon completion of all payments under the Plan.

**B.    Failure to Propose a Confirmable Plan**

In addition, the United States has other concerns regarding the Debtors' ability to ultimately confirm a plan. The Court should not approve a disclosure statement where the underlying plan is facially unconformable. *In re Arnold*, 471 B.R. 578, 586 (Bankr. C.D. Cal. 2012); *In re Silberkraus*, 253 B.R. 890, 899 (Bankr. C.D. Cal. 2000).

Here, the Debtors have failed to demonstrate that their Plan is confirmable. Due to the deficiencies in the Disclosure Statement, as described in Part II.A., *supra*, and for the following reasons, the Debtors' Disclosure Statement should not be approved.

1.    Failure to Propose a Feasible Plan

The Plan is not feasible, and thus section 1129(a)(11) is not satisfied. The Debtors must show that the Plan has a "reasonable probability of success." *In re Acequia, Inc.*, 787 F.2d 1352, 1364-65 (9th Cir. 1986). "The purpose of Section 1129(a)(11) is to prevent confirmation of visionary schemes which promise creditors and equity security holders more under a proposed plan than the debtor can possibly attain after confirmation." *Matter of Pizza of Hawaii, Inc.*, 761 F.2d 1374, 1382 (9th Cir. 1985)

4

(quotation omitted).

   a.   *Debtors' Have Insufficient Disposable Income to Fund a Plan*

The Debtor lists a current monthly net income of $2,631.05. Disclosure Statement, Exhibit B at p. 53. This is based on monthly income of $18,649.45 and expenses of $16,018.40. *Id.* However, the Debtors' most recent Monthly Operating Report from June 2017 shows receipts of $28,617.14 and disbursements of $30,432.29, with an ending balance of $1,312.91. (Docket No. 65, MOR June 2017). It is unclear why there is a discrepancy in income/receipts and expenses/disbursements. Additionally, the Debtors do not have sufficient income to make Plan payments to the IRS, as discussed below, let alone their other creditors.

   b.   *Debtors' Monthly Operating Reports Show Significant Fluctuations*

Next, the Debtors' monthly operating reports show a pattern of great fluctuation in net income, establishing that the Debtors may have difficulty in making all Plan payments. In just an eight-month period from November 2016 through and including June 2017, the Debtors had ending balances of anywhere between $10,834.67 and $259.89. The Debtors' monthly operating reports reflect the following ending balances:

| Period | Ending Balance | Docket No. |
|---|---|---|
| November 30, 2016 | $10,834.67 | 26 |
| December 31, 2016 | $259.89 | 31 |
| January 31, 2017 | $1,440.76 | 39 |
| February 28, 2017 | $7,013.87 | 50 |
| March 31, 2017 | $6,312.01 | 56 |
| April 30, 2017 | $2,544.44 | 57 |
| May 31, 2017 | $5,028.06 | 64 |
| June 30, 2017 | $1,312.91 | 65 |

   2.   <u>Failure to Provide for the IRS Secured Claim</u>

The Plan must provide for payment of the IRS's secured claim pursuant to sections 1123 and 1129. Since the class including the IRS's secured claim has not accepted the plan, the Debtors must

010

meet the requirements of section 1129(b)(2)(A) by providing that secured claimants (1) retain their lien on property and (2) receive deferred cash payments of the value of the secured lienholder's interest in the property. 11 U.S.C. § 1129(b)(2)(A)(i). This includes, *inter alia*, that the Plan provide for the IRS to retain its liens upon the property of the Debtors. The IRS is entitled to interest at the rate effective at the time of confirmation (currently 4%). 11 U.S.C. § 511. In the case at hand, the Plan fails to meet the requirements of section 1129(b)(2)(A) and the United States objects.

Under 26 U.S.C. § 6321, a lien arises in favor of the United States and against the property and rights to property, whether real *or personal*, of any taxpayer who is liable to pay a tax who neglects or refuses to do so. 26 U.S.C. § 6321 (emphasis added). "The statutory language 'all property and rights to property'…is broad and reveals on its face that Congress meant to reach every interest in property that a taxpayer might have." *United States v. Nat'l Bank of Commerce*, 472 U.S. 713, 719-20 (1985) (*referencing* 26 U.S.C. § 6321).

The lien arises by operation of law at the time the liability is assessed and continues until the taxpayer's liability is satisfied. *See* 26 U.S.C. § 6322. In this case, a lien resulting from the IRS's outstanding assessments for tax years listed on the proof of claim, in accordance with 26 U.S.C. § 6321, encumber any equity the Debtors have in their real and personal property assets.

The recording of a NFTL "renders the federal tax lien extant for 'first in time' priority purposes ...." *Capitol Waste, Inc. v. A Greener Globe*, No. 2:10-CV-866 FCD EFB, 2011 WL 1459014, at *2 (E.D. Cal. Apr. 15, 2011) (*citing U.S. By & Through I.R.S. v. McDermott*, 507 U.S. 447, 453 (1993); 26 U.S.C. § 6323) (quotation omitted). The lien continues to attach to property interest acquired by the taxpayer until the lien is satisfied. *Glass City Bank v. United States*, 326 U.S. 265, 267 (1945).

Here, the IRS recorded NFTLs against the Debtors' property on March 17, 2009 and February 11, 2015. *See* Claim No. 1-3, Exhibit A; Aragon Decl. ¶ 9. These liens attached to all real and personal property of the Debtors.

The IRS is entitled to a secured claim at least in the total amount of all of the Debtors' equity in their real and personal property, plus interest. The IRS proof of claim reflects a secured claim in the amount of $304,270.53. Based on the current interest rate of 4% and the IRS proof of claim as filed, the Plan payments to the IRS for payment over 60 months should be approximately $5,604.49 per month.

011

Currently the Debtors' Plan provides for a secured claim of only $88,027.49. The Debtors base the secured claim amount on their amended tax returns that were recently filed. *See* Disclosure Statement at 4:17-19. The Forms 1040x filed by the Debtors for the 2011and 2012 tax years, which are entitled to treatment as a secured claim under the Plan, have not yet been processed and accepted by the IRS. Aragon Decl. ¶ 27. It is premature to determine the amount of the IRS secured claim until the IRS has had the opportunity to process the amended Forms 1040 filed by the Debtors. A disclosure statement should not be approved unless and until the Debtors propose a Plan that provides for the IRS secured claim in full.

To the extent that the Debtors do not adequately provide for the secured claim of the United States, the Disclosure Statement also fails to describe a plan that meets the cramdown requirements. The Debtors cannot strip the IRS's lien prior to the completion of all Plan payments. 11 U.S.C. § 1129(b)(2)(A); *see Dewsnup v. Timm*, 502 U.S. 410, 417 (1992). Based on the foregoing, the Debtors' Disclosure Statement is inadequate and must be amended.

**Proposed language to remedy this objection**: "The secured claim of the Internal Revenue Service is allowed in full and shall be paid in equal monthly payments, with interest from the Petition Date, pursuant to 26 U.S.C. §§ 6621 and 6622. The Internal Revenue Service shall retain its liens upon the property of the Debtors until the secured claims are paid in full. In addition, such liens attach to all post-petition property of the Debtors until all of the secured claims of the Internal Revenue Service are fully satisfied."

3.   Failure to Provide for the IRS Priority Tax Claim within 5 Years of the Petition
Date

Filing a voluntary bankruptcy petition constitutes the order for relief. 11 U.S.C. § 301(b). Priority tax claims are entitled to receive regular installment payments in cash over a period not later than 5 years after the date of the order for relief. 11 U.S.C. § 1129(a)(9)(C)(ii).

In this case, the IRS has a priority tax claim in the approximate amount of $131,013.67. (Claim 1-3). The IRS' priority claim must be paid within 5 years (60 months) from the date the bankruptcy petition was filed, October 30, 2016, with interest thereon pursuant to section 511. Based on the current interest rate of 4% and the proof of claim as filed, the Plan payments to the IRS for payment over 50 months should be approximately $2,849.43 per month. Currently the Debtors' Plan provides for a priority claim of only $50,426.00. The Debtors base the priority claim amount on their amended tax

7

returns that were recently filed. *See* Disclosure Statement at 4:17-19. The Forms 1040x filed by the Debtors for the 2014 and 2015 tax years, which are entitled to treatment as a priority claim under the Plan, have not yet been processed and accepted by the IRS. Aragon Decl. ¶ 27. It is premature to determine the amount of the IRS priority claim until the IRS has had the opportunity to process the amended Forms 1040 filed by the Debtors. A disclosure statement should not be approved unless and until the Debtors propose a Plan that provides for the IRS priority claim in full. What's more, the Debtors do not have sufficient disposable income to make these payments. These payments will increase as the Effective Date gets pushed further back because the Debtors must pay the priority claim in full within 5 years of October 30, 2016.

    4.    <u>Failure to Remain Current on Post-Petition Taxes</u>

    *a.*    *Failure to Make Estimated Tax Payments for 2016 and 2017 Taxes and File a Form 1041 on behalf of the Estate*

Before income tax returns are filed, an individual is required to make estimated tax payments to the IRS. *See* 26 U.S.C. § 6654. The payments are required to be made in four installments for each taxable year. 26 U.S.C. § 6654(c)(1). The payments are due on April 15, June 15, September 15, and January 15 of the following taxable year. 26 U.S.C. § 6654(c)(2). The amount of each installment is 25% of the required annual payment. 26 U.S.C. § 6654(d)(1)(a). The required annual payment is the lesser of (i) 90% of the tax shown on the tax return for the taxable year, or (ii) 100% of the tax shown on the return of the previous year. 26 U.S.C. § 6654(d)(1)(B). Failure to make quarterly payments of income tax may result in the imposition of post-petition penalties under 26 U.S.C. § 6656. Post-petition taxes incurred by the Debtors' estate are allowable administrative expenses. *See* 11 U.S.C. § 503(b)(1)(B). Here, the Debtors have failed to make estimated tax payments during the pendency of this case for the 2017 tax year. *See* Aragon Decl., ¶¶ 35, 37; Exhibit C. These payments constitute post-petition tax liability and failure to pay them is cause for dismissal of the case. 11 U.S.C. § 1112(b)(4)(I). In addition, the bankruptcy estate is a separate taxable entity and the Debtors are required to apply for a tax identification number for the estate and file Form 1041 returns to report the income of the estate. 26 U.S.C. § 1398; 26 U.S.C. § 6109. The Debtors have not done so. Aragon Decl., ¶¶ 39-40

b.      *Failure to Timely Pay 2016 Tax Due*

Income tax returns (Form 1040) are generally due to be filed on April 15 of the following year. 26 U.S.C. § 6072(a). On or around May 17, 2017, the Debtors filed their Form 1040 for the 2016 tax year reporting tax due of $11,492.00. Aragon Decl., ¶ 33. Payment of the tax is due when the tax return is due, determined without regard to any extension of time for filing the return. 26 U.S.C. § 6151(a). Based on a filing due date of April 18, 2017, for the 2016 return, the tax for the 2016 tax year was due April 18, 2017. The Debtors have failed to pay this tax by the due date. Aragon Decl., ¶ 35. The balance due on the 2016 tax year with interest calculated to November 1, 2017 is $8,246.10.  Aragon Decl., ¶ 34; Exhibit C. This payment constitutes post-petition tax liability and failure to pay it is cause for dismissal of the case. 11 U.S.C. § 1112(b)(4)(I).

The Debtors may not hide behind the protections of the Bankruptcy Code while failing to meet their obligations under the Internal Revenue Code. The Debtors are required to remain current on all post-petition federal income taxes, timely make estimated income tax payments, and file all federal tax returns timely. The Debtors and the United States are in discussion regarding a stipulation for payment of their post-petition liability; however, the Government notes that based on the Debtors' financials, they may not have sufficient disposable income to pay the post-petition liability.

5.      Failure to Properly Describe Administrative Expenses

The Plan is unclear relating to its treatment of any administrative expenses of the IRS. The Debtors have not remained current on their post-petition tax liability for the 2016 and 2017 tax years. *See* Aragon Decl., ¶ 34-35, 37, 39-40. The Estate's Form 1041 federal income tax for the year ending December 31, 2016, is a post-petition obligation constituting an ordinary and necessary expense of preserving the estate. As such the liability is an administrative expense within the meaning of section 503(b)(1)(B) and (C), which has priority under 11 U.S.C. § 507(a)(2). *See United States v. Friendship College*, 737 F.2d 430 (4th Cir. 1984). Such liabilities continue to accrue interest and penalties until paid in full. *See In re Mark Anthony Constr., Inc.*, 886 F.2d 1101 (9th Cir. 1989). Further, the tax, penalties, and interest must be paid in full on the effective date of the plan. 11 U.S.C. § 1129(a)(9)(A). Neither the Plan nor the Disclosure Statement contain a statement that the Debtors will be responsible to pay administrative tax expenses with interest thereon. Accordingly, the Plan and Disclosure

014

Statement should be amended to add the following provision:

> The Debtors must timely file their post-petition tax returns and timely pay their post-petition taxes. Notwithstanding anything to the contrary in the Plan or in the order confirming the Plan, a government unit shall not be required to file a request for payment of an expense described in section 503(b)(1)(B) or (C) as a condition of its being allowed administrative expenses, and Debtors shall pay in full all such administrative tax expenses, including interest and penalties thereon, when due. Further, any such administrative tax expenses shall not be discharged should the court grant a discharge in this case.

## III.    CONCLUSION

Based on the foregoing, the Government respectfully requests that the Court deny the Debtors' request for approval of the Disclosure Statement.

Dated: July 18, 2017                               Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division


  /s/ Jolene Tanner
JOLENE TANNER
Assistant United States Attorney

Attorney for
UNITED STATES OF AMERICA

10

<u>DECLARATION OF SONIA ARAGON</u>

I, Sonia Aragon, declare and state as follows:

1.      I am employed as an Insolvency Specialist for the Internal Revenue Service ("IRS").

2.      In my capacity as an Insolvency Specialist, and an authorized custodian of records, I am familiar with the system of records kept and maintained by the Internal Revenue Service with respect to the assessment and collection of tax. Such records are (a) made at or near the time of the occurrence of the matters set forth in the records by someone with knowledge of those matters; (b) kept in the ordinary course of regularly conducted activity of the Internal Revenue Service; and (c) making the record was a regular practice of that activity.

3.      As part of my duties as an Insolvency Specialist, I have reviewed the records of the Internal Revenue Service for Alexander David Shohet and Bernadine Francis Fried (the "Debtors"), Case No. 2:16-bk-24333-BR.

4.      As part of my duties as an Insolvency Specialist, I have reviewed the documents filed with the bankruptcy court in Debtors' case that are referenced below.

5.      On November 3, 2010, the Debtors filed a voluntary chapter 7 case (Case No. 2:10-bk-57471-BR).

6.      The Debtors received a discharge on February 5, 2014 and the case was closed on June 3, 2014.

7.      The Debtors filed a voluntary chapter 11 petition on October 30, 2016.

8.      On February 7, 2017, the IRS filed its amended proof of claim asserting a total claim of $447,962.35, comprised of a secured claim of $304,270.53, an unsecured priority claim of $131,013.67, and a general unsecured claim of $12,678.15. (Claim No. 1-3). A copy of Claim No. 1-3 is attached hereto as Exhibit A.

///
///
///
///
///

a

9.      The IRS recorded a Notice of Federal Tax Lien ("NFTL"), covering the tax liabilities for 2007-2012, with the Los Angeles County Recorder, as follows:

| Tax | Tax Period | Recording Date | Location | Recording No. |
|---|---|---|---|---|
| Income (Form 1040) | 12/31/2008; 12/31/2009; 12/31/2010; 12/31/2012 | 02/11/2015 | LA County Recorder | 20150152858 |
| Income (Form 1040) | 12/31/2007 | 03/17/2009 | LA County Recorder | 20090379055 |

10.      Copies of the Federal Tax Lien Documents evidencing the NFTLs are attached to Claim No. 1-3.

11.      On or around October 15, 2008, the Debtors filed their Form 1040 for the 2007 tax year reporting tax due of $164,779.00.

12.      On or around October 20, 2010, the Debtors filed their Form 1040 for the 2008 tax year reporting tax due of $3,756.00.

13.      On or around October 15, 2010, the Debtors filed their Form 1040 for the 2009 tax year reporting tax due of $9,492.00.

14.      On or around October 17, 2011, the Debtors filed their Form 1040 for the 2010 tax year reporting tax due of $41,027.00.

15.      On or around October 15, 2012, the Debtors filed their Form 1040 for the 2011 tax year reporting tax due of $66,991.00.

16.      On or around May 22, 2017, the Debtors filed a Form 1040x for the 2011 tax year.

17.      On or around August 19, 2014, the Debtors filed their Form 1040 for the 2012 tax year reporting tax due of $91,136.00.

18.      On or around May 22, 2017, the Debtors filed a Form 1040x for the 2012 tax year.

19.      On or around November 6, 2014, the Debtors filed their Form 1040 for the 2013 tax year reporting tax due of $9,175.00.

20.      On or around May 22, 2017, the Debtors filed a Form 1040x for the 2013 tax year.

21.      On or around July 24, 2017, an additional assessment will be made on the Debtors' account for the 2013 tax year of $10,659.00.

b

22.     On or around October 15, 2015, the Debtors filed their Form 1040 for the 2014 tax year reporting tax due of $18,677.00.

23.     The Debtors' 2014 Form 1040 return is under examination by the IRS.

24.     On or around May 22, 2017, the Debtors filed a Form 1040x for the 2014 tax year.

25.     On or around October 17, 2016, the Debtors filed their Form 1040 for the 2015 tax year reporting tax due of $26,874.00.

26.     On or around May 22, 2017, the Debtors filed a Form 1040x for the 2015 tax year.

27.     The Forms 1040x filed by the Debtors for the 2011, 2012, 2014, and 2015 tax years have not yet been processed and accepted by the IRS.

28.     The IRS proof of claim is based on the balance due on tax years 2007-2015 including any penalties and interest calculated through the petition date.

29.     The taxes as reflected on the proof of claim are based on assessments made by the IRS based on the income reported on original returns filed by Debtors for the 2007-2015 tax years.

30.     The proof of claim also includes penalties assessed and interest charged as reflected on the account transcripts for these taxpayers for the 2007-2015 tax years.

31.     Once the IRS has processed the amended returns, I will amended the proof of claim to update the amounts on the proof of claim.

32.     True and correct copies of the account transcripts for the periods on the proof of claim are attached hereto as Exhibit B.

33.     On or around May 17, 2017, the Debtors filed their Form 1040 for the 2016 tax year reporting tax due of $11,492.00.

34.     The balance due on the 2016 tax year with interest calculated to November 1, 2017 is $8,246.10.

35.     The Debtors have not paid their post-petition tax for the 2016 tax year in full, nor have they made tax deposits for the 2017 tax year.

36.     True and correct copies of the account transcripts for the post-petition periods of the 2016 and 2017 tax years are attached hereto as Exhibit C.

37.     The IRS Account Transcript for the 2017 tax year shows that no estimated tax payments

c

1  have been made for the 2017 year.

2      38.    The bankruptcy estate is a separate taxable entity and the Debtor is required to apply for

3  a tax identification number for the estate and file Form 1041 returns to report the income of the estate.

4      39.    The estate has not filed its Form 1041 return for 2016.

5      40.    The Debtors have not applied for an EIN number for the bankruptcy estate.

6  I declare under penalty of perjury that the foregoing is true and correct.

7  Executed this _18_ day of __July__ , 2017, at _Los Angeles_ California.

8

9                      Sonia Aragon -Insolvency Specialist

10                     Internal Revenue Service
                       Los Angeles, California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

d

019

# Exhibit A

| Fill in this information to identify the case: |
|---|

Debtor 1    SHOHET

Debtor 2    BERNADINE FRIED & ALEXANDER DAVID
(Spouse, if filing)

United States Bankruptcy Court for the: CENTRAL      District of CALIFORNIA
                                                                       (State)

Case number    2:16-BK-24333-BR

## Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Department of the Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

■ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Internal Revenue Service | Internal Revenue Service |
| Name | Name |
| P.O. Box 7346 | Insolvency Group 1 300 North Los Angeles St, M/S 5022 |
| Number    Street | Number    Street |
| Philadelphia    PA    19101-7346 | Los Angeles    CA    90012 |
| City    State    ZIP Code | City    State    ZIP Code |
| Contact phone   1-800-973-0424 | Contact phone   (213) 372-4282 |
| Contact email | Contact email |
| Creditor Number: 37427903 | |

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

— — — — — — — — — — — — — — — — — —

**4. Does this claim amend one already filed?**

☐ No
☒ Yes.    Claim number on court claims registry (if known)      1      Filed on:   11/10/2016
                                                               MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing?

021

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___See Attachment___

**7. How much is the claim?**     $ 447,962.35

**Does this amount include interest or other charges?**
☐ No
■ Yes.  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples:  Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

**9. Is all or part of the claim secured?**

☐ No
■ Yes.  The claim is secured by a lien on property.

**Nature of property:**

■ Real Estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.

■ Motor Vehicle

■ Other. Describe:  *All of debtor(s) right, title and interest to property - 26 U.S.C. §6321.

**Basis for perfection:**      See Attachment

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of Property:**     $ _____

**Amount of the claim that is secured:**     $ 304,270.53

**Amount of the claim that is unsecured:**     $ 143,691.82     (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**     $ _____

**Annual Interest Rate** (when case was filed)  4 %
☐ Fixed
■ Variable

**10. Is this claim based on a lease?**

■ No
☐ Yes.  **Amount necessary to cure any default as of the date of the petition.**     $ _____

**11. Is this claim subject to a right of setoff?**

☐ No
■ Yes.  Identify the property     See Attachment

| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☑ Yes. Check all that apply: | **Amount entitled to priority** |
|---|---|---|---|
| | | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 131,013.67 |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ _____ |

*Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:**   **Sign Below**

**The person completing this proof of claim must sign and date it.**
**FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   02/06/2017
          MM / DD / YYYY

/s/ SONIA ARAGON
(Signature)

**Print the name of the person who is completing and signing this claim:**

| Name | SONIA | | ARAGON |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Bankruptcy Specialist | | |
| Company | Internal Revenue Service | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | Insolvency Group 1 300 North Los Angeles St, M/S 5022 | | |
| | Number      Street | | |
| | Los Angeles | CA | 90012 |
| | City | State | ZIP Code |

Contact Phone (213) 372-4282      Email: _____

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**Form 410**
Attachment

**Case Number**
2:16-BK-24333-BR

**Type of Bankruptcy Case**
CHAPTER 11

**Date of Petition**
10/30/2016

**In the Matter of:** BERNADINE FRIED & ALEXANDER DAVID SHOHET
BERNADINE FRIED PSYCHOTHERAPY PRACT
8530 APPIAN WAY
LOS ANGELES, CA 90046

Amendment No. 2 to Proof of Claim dated 11/10/2016.

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Secured Claims**    (Notices of Federal tax lien filed under internal revenue laws before petition date)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Penalty to Petition Date | Interest to Petition Date | Notice of Tax Lien Filed: Date | Office Location |
|---|---|---|---|---|---|---|---|---|
| XXX-XX-2935 | INCOME | 12/31/2007 | 11/03/2008 | $15,581.00 | $20,766.57 | $32,294.84 | 03/17/2009 | LOS ANGELES COU |
| XXX-XX-2935 | INCOME | 12/31/2008 | 11/22/2010 | $2,856.00 | $1,725.67 | $826.71 | 02/11/2015 | LOS ANGELES COU |
| XXX-XX-2935 | INCOME | 12/31/2009 | 11/08/2010 | $8,692.00 | $2,517.05 | $2,076.64 | 02/11/2015 | LOS ANGELES COU |
| XXX-XX-2935 | INCOME | 12/31/2010 | 11/21/2011 | $36,027.00 | $1,867.08 | $7,272.14 | 02/11/2015 | LOS ANGELES COU |
| XXX-XX-2935 | INCOME | 12/31/2010 | 08/20/2012 | $9,583.00 | $10,847.39 | $1,852.14 | 02/11/2015 | LOS ANGELES COU |
| XXX-XX-2935 | INCOME | 12/31/2012 | 09/22/2014 | $91,136.00 | $47,538.04 | $10,811.26 | 02/11/2015 | LOS ANGELES COU |
| | | | | $163,875.00 | $85,261.80 | $55,133.73 | | |

**Total Amount of Secured Claims:**    $304,270.53

**Unsecured Priority Claims**   under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|---|
| XXX-XX-2935 | INCOME | 12/31/2013 | | 12/15/2014 | $9,175.00 | $785.10 |
| XXX-XX-2935 | INCOME | 12/31/2014 | | 11/30/2015 | $14,372.00 | $768.71 |
| XXX-XX-2935 | INCOME | 12/31/2014 | 1 | Pending Examination | $74,468.00 | $3,983.02 |
| XXX-XX-2935 | INCOME | 12/31/2015 | | 11/21/2016 | $26,874.00 | $587.84 |
| | | | | | $124,889.00 | $6,124.67 |

**Total Amount of Unsecured Priority Claims:**    $131,013.67

**Unsecured General Claims**

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $12,678.15

**Total Amount of Unsecured General Claims:**    $12,678.15

1 PROPOSED TAX DEFICIENCY DETERMINED BY EXAMINATION OF DEBTOR(S) TAX RETURN.

1872                                                    COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 2:16-BK-24333-BR | Lien Recorded    : 02/11/2015 - 08:33AM<br>Recording Number: 20150152858<br>UCC Number      :<br>Liber           :<br>Page            : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #7<br>Lien Unit Phone: (800) 829-3903 | IRS Serial Number: 142609415 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  ALEXANDER D SHOHET & BERNADINE FRIE

Residence:
  8530 APPIAN WAY
  LOS ANGELES, CA 90046-7729

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2008 | XXX-XX-2935 | 11/22/2010 | 12/22/2020 | $4,109.37 |
| 1040 | 12/31/2009 | XXX-XX-2935 | 11/08/2010 | 12/08/2020 | $9,403.74 |
| 1040 | 12/31/2010 | XXX-XX-2935 | 11/21/2011 | 12/21/2021 | |
| 1040 | 12/31/2010 | XXX-XX-2935 | 08/20/2012 | 09/19/2022 | $48,418.36 |
| 1040 | 12/31/2012 | XXX-XX-2935 | 09/22/2014 | 10/22/2024 | $125,914.89 |

| Filed at:  COUNTY RECORDER<br>            LOS ANGELES COUNTY<br>            NORWALK, CA 90650 | Total | $187,846.36 |
|---|---|---|

This notice was prepared and executed at OAKLAND, CA
on this, the 03rd day of February, 2015.

| Authorizing Official:<br>  G.J. CARTER-LOUIS | Title:<br>  ACS SBSE | 27-00-0008 |
|---|---|---|

025

1872                                                    COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 2:16-BK-24333-BR | Lien Recorded   : 03/17/2009 – 10:21AM<br>Recording Number: 20090379055<br>UCC Number    :<br>Liber        :<br>Page         : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #7<br>Lien Unit Phone: (800) 829-3903 | IRS Serial Number: 522115309 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  ALEXANDER D SHOHET & BERNADINE FRIE

Residence:
  8530 APPIAN WAY
  LOS ANGELES, CA 90046-7729

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2007 | XXX-XX-2935 | 11/03/2008 | 12/03/2018 | $168,652.55 |

| Filed at: COUNTY RECORDER<br>          LOS ANGELES COUNTY<br>          NORWALK, CA 90650 | Total | $168,652.55 |
|---|---|---|

This notice was prepared and executed at OAKLAND, CA
on this, the 04th day of March, 2009.

| Authorizing Official:<br>  MICHAEL W. COX | Title:<br>  ACS SBSE          27-00-0008 |
|---|---|

026

# Exhibit B

027



# Internal Revenue Service
## United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

# Account Transcript

Request Date:          06-01-2017
Response Date:          06-01-2017
Tracking Number:     100334303933

FORM NUMBER:      1040

TAX PERIOD:      Dec. 31, 2007

TAXPAYER IDENTIFICATION NUMBER:          ███-2935
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   ███-4352

ALEXANDER D SHOHET & BERNADINE FRIE
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                         68,649.61
ACCRUED INTEREST:                         1,704.68   AS OF: Jun. 12, 2017
ACCRUED PENALTY:                              0.00   AS OF: Jun. 12, 2017

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):           70,354.29

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                  03
FILING STATUS:                   Married Filing Joint
ADJUSTED GROSS INCOME:              339,860.00
TAXABLE INCOME:                     192,910.00
TAX PER RETURN:                     164,779.00
SE TAXABLE INCOME TAXPAYER:          75,090.00
SE TAXABLE INCOME SPOUSE:            97,500.00
TOTAL SELF EMPLOYMENT TAX:           37,181.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)     Oct. 15, 2008
PROCESSING DATE                                                  Nov. 03, 2008

| TRANSACTIONS |
|---|

**CODE EXPLANATION OF TRANSACTION          CYCLE   DATE          AMOUNT**

| 150 | Tax return filed | 20084308 11-03-2008 | $164,779.00 |
|-----|------------------|---------------------|-------------|
| n/a | 80221-289-82158-8 | | |
| 806 | W-2 or 1099 withholding | 04-15-2008 | -$6,579.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2008 | 04-14-2008 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2008 | 04-15-2008 | $0.00 |
| 276 | Penalty for late payment of tax | 20084308 11-03-2008 | $5,537.00 |
| 196 | Interest charged for late payment | 20084308 11-03-2008 | $4,915.55 |
| 971 | Notice issued CP 0014 | 11-03-2008 | $0.00 |
| 290 | Additional tax assessed 00-00-0000 | 20084408 11-10-2008 | $0.00 |
| n/a | 80254-999-05099-8 | | |
| 971 | Tax period blocked from automated levy program | 02-16-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 02-02-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 02-02-2009 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 03-13-2009 | $0.00 |
| 960 | Appointed representative | 05-12-2009 | $0.00 |
| 971 | Installment agreement established | 05-13-2009 | $0.00 |
| 971 | Installment agreement established | 08-11-2009 | $0.00 |
| 971 | Installment agreement established | 09-28-2009 | $0.00 |
| 670 | Payment | 11-19-2009 | -$1,948.00 |
| 670 | Payment | 12-15-2009 | -$2,000.00 |
| 670 | Payment | 01-15-2010 | -$2,000.00 |
| 670 | Payment | 02-16-2010 | -$2,000.00 |
| 670 | Payment | 03-15-2010 | -$2,000.00 |
| 670 | Payment | 04-15-2010 | -$2,000.00 |
| 670 | Payment | 05-17-2010 | -$2,000.00 |
| 670 | Payment | 06-15-2010 | -$2,000.00 |
| 670 | Payment | 07-15-2010 | -$2,000.00 |

| 670 | Payment | | 08-16-2010 | -$2,000.00 |
|---|---|---|---|---|
| 670 | Payment | | 09-15-2010 | -$2,000.00 |
| 670 | Payment | | 10-18-2010 | -$2,000.00 |
| 670 | Payment | | 11-15-2010 | -$2,000.00 |
| 971 | Tax period blocked from automated levy program | | 03-14-2011 | $0.00 |
| 971 | No longer in installment agreement status | | 02-28-2011 | $0.00 |
| 971 | Notice issued<br>CP 071C | | 08-15-2011 | $0.00 |
| 276 | Penalty for late payment of tax | 20113108 | 08-15-2011 | $21,809.55 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 03-07-2009 | $0.00 |
| 971 | Pending installment agreement | | 04-23-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 11-03-2010 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 04-30-2012 | $0.00 |
| 977 | Amended return filed | | 04-30-2012 | $0.00 |
| n/a | 19277-536-01175-2 | | | |
| 277 | Reduced or removed penalty for late payment of tax | | 06-04-2012 | -$7,935.12 |
| 971 | Amended return sent back to originator | | 05-15-2012 | $0.00 |
| 972 | Removed Installment Agreement | | 04-23-2012 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 10-04-2012 | $0.00 |
| 977 | Amended return filed | | 10-04-2012 | $0.00 |
| n/a | 19277-684-00636-2 | | | |
| 299 | Reduced or removed prior tax assessed | | | -$78,024.00 |
| n/a | 09254-699-91010-2 | | | |
| 277 | Reduced or removed penalty for late payment of tax | | 11-19-2012 | -$1,365.42 |
| 971 | Notice issued<br>CP 0021 | | 11-19-2012 | $0.00 |
| 960 | Appointed representative | | 01-31-2013 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 02-05-2014 | $0.00 |
| 960 | Appointed representative | | 05-21-2014 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 08-18-2014 | $0.00 |
| 706 | Credit transferred in from<br>1040 201112 | | 04-15-2014 | -$38,647.00 |
| 960 | Appointed representative | | 01-07-2015 | $0.00 |

| 530 | Balance due account currently not collectable |          | 01-29-2015 | $0.00      |
|-----|-----------------------------------------------|----------|------------|------------|
| 971 | Notice issued<br>CP 071A                      |          | 10-31-2016 | $0.00      |
| 196 | Interest charged for late payment             | 20164105 | 10-31-2016 | $27,386.49 |
| 276 | Penalty for late payment of tax               | 20164105 | 10-31-2016 | $2,720.56  |
| 537 | Account currently considered collectable      |          | 11-07-2016 | $0.00      |
| 520 | Bankruptcy or other legal action filed        |          | 10-30-2016 | $0.00      |
| 972 | Removed Installment Agreement                 |          | 10-30-2016 | $0.00      |
| 520 | Bankruptcy or other legal action filed        |          | 10-30-2016 | $0.00      |
| 960 | Appointed representative                       |          | 11-17-2016 | $0.00      |
| 972 | Removed Installment Agreement                 |          | 10-30-2016 | $0.00      |
| 960 | Appointed representative                       |          | 03-17-2017 | $0.00      |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
## United States Department of the Treasury

┌─────────────────────────────────────────────────────────────┐
│         This Product Contains Sensitive Taxpayer Data          │
└─────────────────────────────────────────────────────────────┘

## Account Transcript

|                       |              |
|-----------------------|--------------|
| Request Date:         | 06-01-2017   |
| Response Date:        | 06-01-2017   |
| Tracking Number:      | 100334303933 |

FORM NUMBER:     1040
TAX PERIOD:      Dec. 31, 2008

TAXPAYER IDENTIFICATION NUMBER:          ████-2935
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   ████-4352

ALEXANDER D SHOHET & BERNADINE FRIE
**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                         5,408.92
ACCRUED INTEREST:                          134.31   AS OF: Jun. 12, 2017
ACCRUED PENALTY:                             0.00   AS OF: Jun. 12, 2017

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):           5,543.23

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                    03
FILING STATUS:                 Married Filing Joint
ADJUSTED GROSS INCOME:                  -156,609.00
TAXABLE INCOME:                              0.00
TAX PER RETURN:                          3,756.00
SE TAXABLE INCOME TAXPAYER:                  0.00
SE TAXABLE INCOME SPOUSE:               24,551.00
TOTAL SELF EMPLOYMENT TAX:               3,756.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Oct. 20, 2010
PROCESSING DATE                                                 Nov. 22, 2010

┌─────────────────────────────────────────────────────────────┐
│                         TRANSACTIONS                           │
└─────────────────────────────────────────────────────────────┘

**CODE EXPLANATION OF TRANSACTION          CYCLE   DATE          AMOUNT**

| | | | | |
|---|---|---|---|---|
| 150 | Tax return filed | 20104508 | 11-22-2010 | $3,756.00 |
| n/a | 89211-290-84334-0 | | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2009 | | 04-13-2009 | $0.00 |
| 960 | Appointed representative | | 05-12-2009 | $0.00 |
| 140 | Inquiry for non-filing of tax return | | 07-06-2010 | $0.00 |
| 971 | Notice issued CP 0059 | | 07-26-2010 | $0.00 |
| 766 | Credit to your account | | 04-15-2009 | -$600.00 |
| 766 | Credit to your account | | 04-15-2009 | -$300.00 |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20104508 | 11-22-2010 | $121.00 |
| 166 | Penalty for filing tax return after the due date 00-00-0000 | 20104508 | 11-22-2010 | $642.60 |
| 276 | Penalty for late payment of tax | 20104508 | 11-22-2010 | $285.60 |
| 196 | Interest charged for late payment | 20104508 | 11-22-2010 | $218.45 |
| 971 | Notice issued CP 0011 | | 11-22-2010 | $0.00 |
| 971 | Installment agreement established | | 12-04-2010 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 03-14-2011 | $0.00 |
| 971 | No longer in installment agreement status | | 02-28-2011 | $0.00 |
| 971 | Notice issued CP 071C | | 08-15-2011 | $0.00 |
| 276 | Penalty for late payment of tax | 20113108 | 08-15-2011 | $114.24 |
| 971 | Pending installment agreement | | 04-23-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 11-03-2010 | $0.00 |
| 277 | Reduced or removed penalty for late payment of tax | | 06-04-2012 | -$128.52 |
| 972 | Removed Installment Agreement | | 04-23-2012 | $0.00 |
| 960 | Appointed representative | | 01-31-2013 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 02-05-2014 | $0.00 |
| 960 | Appointed representative | | 05-21-2014 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 08-18-2014 | $0.00 |
| 960 | Appointed representative | | 01-07-2015 | $0.00 |
| 530 | Balance due account currently not collectable | | 01-29-2015 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 02-13-2015 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 02-12-2015 | $0.00 |
| 971 | Notice issued CP 071A | | 10-31-2016 | $0.00 |
| 196 | Interest charged for late payment | 20164105 | 10-31-2016 | $856.87 |
| 276 | Penalty for late payment of tax | 20164105 | 10-31-2016 | $442.68 |
| 537 | Account currently considered collectable | | 11-07-2016 | $0.00 |

| 520 | Bankruptcy or other legal action filed | 10-30-2016 | $0.00 |
| 972 | Removed Installment Agreement | 10-30-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 10-30-2016 | $0.00 |
| 960 | Appointed representative | 11-17-2016 | $0.00 |
| 972 | Removed Installment Agreement | 10-30-2016 | $0.00 |
| 960 | Appointed representative | 03-17-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
### United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| --- |

## Account Transcript

| | |
| --- | --- |
| Request Date: | 06-01-2017 |
| Response Date: | 06-01-2017 |
| Tracking Number: | 100334303933 |

FORM NUMBER:       1040

TAX PERIOD:        Dec. 31, 2009

TAXPAYER IDENTIFICATION NUMBER:        ████2935
SPOUSE TAXPAYER IDENTIFICATION NUMBER: ████4352

ALEXANDER D SHOHET & BERNADINE FRIE

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
| --- | --- | --- |
| ACCOUNT BALANCE: | 13,286.93 | |
| ACCRUED INTEREST: | 329.94 | AS OF: Jun. 12, 2017 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jun. 12, 2017 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):        13,616.87

### ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
| --- | --- |
| EXEMPTIONS: | 03 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | -225,657.00 |
| TAXABLE INCOME: | 0.00 |
| TAX PER RETURN: | 9,492.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 55,808.00 |
| TOTAL SELF EMPLOYMENT TAX: | 8,539.00 |

| | |
| --- | --- |
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Oct. 15, 2010 |
| PROCESSING DATE | Nov. 08, 2010 |

| TRANSACTIONS |
| --- |

**CODE EXPLANATION OF TRANSACTION       CYCLE   DATE        AMOUNT**

035

| 150 | Tax return filed | 20104308 | 11-08-2010 | $9,492.00 |
|---|---|---|---|---|
| n/a | 80221-291-99573-0 | | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2010 | | 04-14-2010 | $0.00 |
| 960 | Appointed representative | | 06-01-2010 | $0.00 |
| 766 | Credit to your account | | 04-15-2010 | -$800.00 |
| 176 | Penalty for not pre-paying tax 00-00-0000 | 20104308 | 11-08-2010 | $208.10 |
| 276 | Penalty for late payment of tax | 20104308 | 11-08-2010 | $304.22 |
| 196 | Interest charged for late payment | 20104308 | 11-08-2010 | $199.42 |
| 971 | Notice issued CP 0011 | | 11-08-2010 | $0.00 |
| 971 | Installment agreement established | | 12-04-2010 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 03-14-2011 | $0.00 |
| 971 | No longer in installment agreement status | | 02-28-2011 | $0.00 |
| 971 | Notice issued CP 071C | | 08-15-2011 | $0.00 |
| 276 | Penalty for late payment of tax | 20113108 | 08-15-2011 | $325.95 |
| 971 | Pending installment agreement | | 04-23-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 11-03-2010 | $0.00 |
| 277 | Reduced or removed penalty for late payment of tax | | 06-04-2012 | -$325.95 |
| 972 | Removed Installment Agreement | | 04-23-2012 | $0.00 |
| 960 | Appointed representative | | 01-31-2013 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 02-05-2014 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 08-18-2014 | $0.00 |
| 960 | Appointed representative | | 01-26-2015 | $0.00 |
| 960 | Appointed representative | | 01-07-2015 | $0.00 |
| 530 | Balance due account currently not collectable | | 01-29-2015 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 02-13-2015 | $0.00 |
| 360 | Fees and other expenses for collection | | 03-09-2015 | $36.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 02-12-2015 | $0.00 |
| 971 | Notice issued CP 071A | | 10-31-2016 | $0.00 |
| 196 | Interest charged for late payment | 20164105 | 10-31-2016 | $1,978.41 |
| 276 | Penalty for late payment of tax | 20164105 | 10-31-2016 | $1,868.78 |
| 537 | Account currently considered collectable | | 11-07-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 10-30-2016 | $0.00 |
| 972 | Removed Installment Agreement | | 10-30-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 10-30-2016 | $0.00 |
| 960 | Appointed representative | | 11-17-2016 | $0.00 |

| 972 | Removed Installment Agreement | 10-30-2016 | $0.00 |
| 960 | Appointed representative | 03-17-2017 | $0.00 |

| This Product Contains Sensitive Taxpayer Data |
| --- |

037



# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| :---: |

## Account Transcript

|  |  |
| --- | --- |
| Request Date: | 06-01-2017 |
| Response Date: | 06-01-2017 |
| Tracking Number: | 100334303933 |

FORM NUMBER:     1040

TAX PERIOD:     Dec. 31, 2010

TAXPAYER IDENTIFICATION NUMBER:        ████-2935
SPOUSE TAXPAYER IDENTIFICATION NUMBER: ████-4352

ALEXANDER D SHOHET & BERNADINE FRIE

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
| --- | --- | --- |
| ACCOUNT BALANCE: | 67,454.97 | |
| ACCRUED INTEREST: | 1,675.02 | AS OF: Jun. 12, 2017 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jun. 12, 2017 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          69,129.99

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
| --- | --- |
| EXEMPTIONS: | 03 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 215,640.00 |
| TAXABLE INCOME: | 146,208.00 |
| TAX PER RETURN: | 41,027.00 |
| SE TAXABLE INCOME TAXPAYER: | 29,451.00 |
| SE TAXABLE INCOME SPOUSE: | 106,800.00 |
| TOTAL SELF EMPLOYMENT TAX: | 23,059.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)     Oct. 17, 2011
PROCESSING DATE                                                 Nov. 21, 2011

| TRANSACTIONS |
| :---: |

**CODE EXPLANATION OF TRANSACTION            CYCLE   DATE            AMOUNT**

038

| 150 | Tax return filed | 20114508 11-21-2011 | $41,027.00 |
|---|---|---|---|
| n/a | 80221-290-28220-1 | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2011 | 04-15-2011 | $0.00 |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20114508 11-21-2011 | $226.00 |
| 276 | Penalty for late payment of tax | 20114508 11-21-2011 | $1,641.08 |
| 196 | Interest charged for late payment | 20114508 11-21-2011 | $941.28 |
| 971 | Notice issued CP 0014 | 11-21-2011 | $0.00 |
| 960 | Appointed representative | 01-13-2012 | $0.00 |
| 971 | Pending installment agreement | 04-23-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 11-03-2010 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | 06-18-2012 | $0.00 |
| 977 | Amended return filed | 06-18-2012 | $0.00 |
| n/a | 89277-591-05987-2 | | |
| 971 | Amended tax return or claim forwarded for processing | 06-18-2012 | $0.00 |
| 977 | Amended return filed | 06-18-2012 | $0.00 |
| n/a | 89277-598-64725-2 | | |
| 290 | Additional tax assessed 00-00-0000 | 20123205 08-20-2012 | $9,583.00 |
| n/a | 19254-614-05481-2 | | |
| 971 | Notice issued CP 0021 | 08-20-2012 | $0.00 |
| 972 | Removed Installment Agreement | 04-23-2012 | $0.00 |
| 670 | Payment | 11-27-2012 | -$5,000.00 |
| 960 | Appointed representative | 01-31-2013 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 02-05-2014 | $0.00 |
| 971 | Tax period blocked from automated levy program | 08-18-2014 | $0.00 |
| 530 | Balance due account currently not collectable | 01-29-2015 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 02-13-2015 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | 02-12-2015 | $0.00 |
| 971 | Notice issued CP 071A | 10-31-2016 | $0.00 |
| 196 | Interest charged for late payment | 20164105 10-31-2016 | $8,500.20 |
| 276 | Penalty for late payment of tax | 20164105 10-31-2016 | $10,536.41 |
| 537 | Account currently considered collectable | 11-07-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 10-30-2016 | $0.00 |
| 972 | Removed Installment Agreement | 10-30-2016 | $0.00 |

| 520 | Bankruptcy or other legal action filed | 10-30-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 10-30-2016 | $0.00 |
| 960 | Appointed representative | 11-17-2016 | $0.00 |
| 972 | Removed Installment Agreement | 10-30-2016 | $0.00 |
| 960 | Appointed representative | 03-17-2017 | $0.00 |

```
This Product Contains Sensitive Taxpayer Data
```



# Internal Revenue Service
### United States Department of the Treasury

┌────────────────────────────────────────────────────────────────┐
│        This Product Contains Sensitive Taxpayer Data             │
└────────────────────────────────────────────────────────────────┘

## Account Transcript

|  |  |
|---|---|
| Request Date: | 06-01-2017 |
| Response Date: | 06-01-2017 |
| Tracking Number: | 100334303933 |

FORM NUMBER:      1040

TAX PERIOD:     Dec. 31, 2011

TAXPAYER IDENTIFICATION NUMBER:         ████-2935
SPOUSE TAXPAYER IDENTIFICATION NUMBER:  ████-4352

ALEXANDER D SHOHET & BERNADINE FRIE

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Apr. 10, 2017 |
| ACCRUED PENALTY: | 0.00 | AS OF: Apr. 10, 2017 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):              0.00

**         ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 03 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 101,813.00 |
| TAXABLE INCOME: | 29,556.00 |
| TAX PER RETURN: | 66,991.00 |
| SE TAXABLE INCOME TAXPAYER: | 69,387.00 |
| SE TAXABLE INCOME SPOUSE: | 106,800.00 |
| TOTAL SELF EMPLOYMENT TAX: | 25,758.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Oct. 15, 2012 |
| PROCESSING DATE | Nov. 19, 2012 |

┌────────────────────────────────────────────────────────────────┐
│                          TRANSACTIONS                            │
└────────────────────────────────────────────────────────────────┘

**CODE EXPLANATION OF TRANSACTION          CYCLE   DATE          AMOUNT**

041

| 150 | Tax return filed | 20124505 | 11-19-2012 | $66,991.00 |
|-----|------------------|----------|------------|------------|
| n/a | 80221-289-17405-2 | | | |
| 960 | Appointed representative | | 01-13-2012 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2012 | | 04-15-2012 | $0.00 |
| 170 | Penalty for not pre-paying tax 11-19-2022 | 20124505 | 11-19-2012 | $993.00 |
| 276 | Penalty for late payment of tax | 20124505 | 11-19-2012 | $2,679.64 |
| 196 | Interest charged for late payment | 20124505 | 11-19-2012 | $1,207.77 |
| 971 | Notice issued CP 0014 | | 11-19-2012 | $0.00 |
| 670 | Payment | | 01-28-2013 | -$72,955.32 |
| 196 | Interest charged for late payment | 20130505 | 02-18-2013 | $414.00 |
| 276 | Penalty for late payment of tax | 20130505 | 02-18-2013 | $669.91 |
| 960 | Appointed representative | | 01-31-2013 | $0.00 |
| 295 | Reduced or removed prior tax assessed | | | -$38,647.00 |
| n/a | 28254-756-91015-4 | | | |
| 826 | Credit transferred out to 1040 200712 | | 04-15-2014 | $38,647.00 |
| 971 | Notice issued CP 0021 | | 01-12-2015 | $0.00 |
| 971 | Notice issued CP 0049 | | 01-12-2015 | $0.00 |
| 960 | Appointed representative | | 11-17-2016 | $0.00 |
| 960 | Appointed representative | | 03-17-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
### United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

# Account Transcript

|  |  |
|---|---|
| Request Date: | 06-01-2017 |
| Response Date: | 06-01-2017 |
| Tracking Number: | 100334303933 |

FORM NUMBER:      1040

TAX PERIOD:      Dec. 31, 2012

TAXPAYER IDENTIFICATION NUMBER:      ▮▮▮-2935
SPOUSE TAXPAYER IDENTIFICATION NUMBER:      ▮▮▮-4352

ALEXANDER D SHOHET & BERNADINE FRIE

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 149,500.04 | |
| ACCRUED INTEREST: | 3,712.33 | AS OF: Jun. 12, 2017 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jun. 12, 2017 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):      153,212.37

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 03 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 344,191.00 |
| TAXABLE INCOME: | 273,154.00 |
| TAX PER RETURN: | 91,136.00 |
| SE TAXABLE INCOME TAXPAYER: | 5,272.00 |
| SE TAXABLE INCOME SPOUSE: | 110,100.00 |
| TOTAL SELF EMPLOYMENT TAX: | 23,898.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Aug. 19, 2014 |
| PROCESSING DATE | Sep. 22, 2014 |

| TRANSACTIONS |
|---|

**CODE EXPLANATION OF TRANSACTION          CYCLE   DATE          AMOUNT**

043

| 150 | Tax return filed | 20143605 09-22-2014 | $91,136.00 |
| n/a | 89221-235-55101-4 | | |
| 960 | Appointed representative | 09-10-2012 | $0.00 |
| 960 | Appointed representative | 01-31-2013 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2013 | 04-15-2013 | $0.00 |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20143605 09-22-2014 | $1,468.00 |
| 166 | Penalty for filing tax return after the due date 00-00-0000 | 20143605 09-22-2014 | $20,505.60 |
| 276 | Penalty for late payment of tax | 20143605 09-22-2014 | $8,202.24 |
| 196 | Interest charged for late payment | 20143605 09-22-2014 | $4,603.05 |
| 971 | Notice issued CP 0014 | 09-22-2014 | $0.00 |
| 971 | Tax period blocked from automated levy program | 01-05-2015 | $0.00 |
| 530 | Balance due account currently not collectable | 01-29-2015 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 02-13-2015 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | 02-12-2015 | $0.00 |
| 971 | Notice issued CP 071A | 10-31-2016 | $0.00 |
| 196 | Interest charged for late payment | 20164105 10-31-2016 | $9,003.39 |
| 276 | Penalty for late payment of tax | 20164105 10-31-2016 | $14,581.76 |
| 537 | Account currently considered collectable | 11-07-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 10-30-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 10-30-2016 | $0.00 |
| 960 | Appointed representative | 11-17-2016 | $0.00 |
| 960 | Appointed representative | 03-17-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data

044



## Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

|                      |              |
|----------------------|--------------|
| Request Date:        | 07-18-2017   |
| Response Date:       | 07-18-2017   |
| Tracking Number:     | 100341594487 |

FORM NUMBER:      1040

TAX PERIOD:       Dec. 31, 2013


TAXPAYER IDENTIFICATION NUMBER:         ■■■■-2935

SPOUSE TAXPAYER IDENTIFICATION NUMBER:  ■■■■-4352


ALEXANDER D SHOHET & BERNADINE FRIE

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

          --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                         23,713.31

ACCRUED INTEREST:                            18.20   AS OF: Jul. 31, 2017

ACCRUED PENALTY:                              0.00   AS OF: Jul. 31, 2017


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):           23,731.51


          ** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:                                     03

FILING STATUS:                Married Filing Joint

ADJUSTED GROSS INCOME:                   -16,090.00

TAXABLE INCOME:                               0.00

TAX PER RETURN:                           9,175.00

SE TAXABLE INCOME TAXPAYER:                   0.00

SE TAXABLE INCOME SPOUSE:                113,700.00

TOTAL SELF EMPLOYMENT TAX:                19,834.00


RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Nov. 06, 2014

PROCESSING DATE                                                  Dec. 15, 2014


```
                            TRANSACTIONS
```

**CODE  EXPLANATION OF TRANSACTION                  CYCLE  DATE                AMOUNT**

| 150 | Tax return filed | 20144804 | 12-15-2014 | $9,175.00 |
|---|---|---|---|---|
| n/a | 89221-314-19613-4 | | | |
| 960 | Appointed representative | | 08-05-2013 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2014 | | 04-15-2014 | $0.00 |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20144804 | 12-15-2014 | $165.00 |
| 166 | Penalty for filing tax return after the due date 00-00-0000 | 20144804 | 12-15-2014 | $412.88 |
| 276 | Penalty for late payment of tax | 20144804 | 12-15-2014 | $367.00 |
| 196 | Interest charged for late payment | 20144804 | 12-15-2014 | $187.93 |
| 971 | Notice issued CP 0014 | | 12-15-2014 | $0.00 |
| 530 | Balance due account currently not collectable | | 01-28-2015 | $0.00 |
| 960 | Appointed representative | | 01-07-2015 | $0.00 |
| 971 | Notice issued CP 071A | | 10-31-2016 | $0.00 |
| 196 | Interest charged for late payment | 20164105 | 10-31-2016 | $661.06 |
| 276 | Penalty for late payment of tax | 20164105 | 10-31-2016 | $1,055.12 |
| 537 | Account currently considered collectable | | 11-07-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 10-30-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 10-30-2016 | $0.00 |
| 960 | Appointed representative | | 11-17-2016 | $0.00 |
| 960 | Appointed representative | | 03-17-2017 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 05-22-2017 | $0.00 |
| 977 | Amended return filed | | 05-22-2017 | $0.00 |
| n/a | 19277-570-00235-7 | | | |
| 766 | Credit to your account | | 04-15-2014 | -$1,000.00 |
| 290 | Additional tax assessed 00-00-0000 | 20172705 | 07-24-2017 | $10,659.00 |
| n/a | 09254-584-11087-7 | | | |
| 166 | Penalty for filing tax return after the due date 00-00-0000 | 20172705 | 07-24-2017 | $487.95 |
| 196 | Interest charged for late payment | 20172705 | 07-24-2017 | $1,542.37 |
| 971 | Notice issued CP 0022 | | 07-24-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
### United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

## Account Transcript

|  |  |
|---|---|
| Request Date: | 06-01-2017 |
| Response Date: | 06-01-2017 |
| Tracking Number: | 100334303933 |

FORM NUMBER:     1040

TAX PERIOD:     Dec. 31, 2014

TAXPAYER IDENTIFICATION NUMBER:          ▧▧▧-2935
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   ▧▧▧-4352

ALEXANDER D SHOHET & BERN FRIED
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 15,477.94 | |
| ACCRUED INTEREST: | 922.98 | AS OF: Jun. 12, 2017 |
| ACCRUED PENALTY: | 1,365.34 | AS OF: Jun. 12, 2017 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          17,766.26

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 03 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 9,362.00 |
| TAXABLE INCOME: | 0.00 |
| TAX PER RETURN: | 18,677.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 117,000.00 |
| TOTAL SELF EMPLOYMENT TAX: | 18,677.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Oct. 15, 2015 |
| PROCESSING DATE | Nov. 30, 2015 |

| TRANSACTIONS |
|---|

**CODE EXPLANATION OF TRANSACTION          CYCLE   DATE          AMOUNT**

047

| 150 | Tax return filed | 20154505 | 11-30-2015 | $18,677.00 |
|---|---|---|---|---|
| n/a | 90221-688-45777-5 | | | |
| 960 | Appointed representative | | 01-07-2015 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2015 | | 04-15-2015 | $0.00 |
| 766 | Credit to your account | | 04-15-2015 | -$1,000.00 |
| 768 | Earned income credit | | 04-15-2015 | -$3,305.00 |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20154505 | 11-30-2015 | $258.00 |
| 276 | Penalty for late payment of tax | 20154505 | 11-30-2015 | $574.88 |
| 196 | Interest charged for late payment | 20154505 | 11-30-2015 | $273.06 |
| 971 | Notice issued CP 0014 | | 11-30-2015 | $0.00 |
| 420 | Examination of tax return | | 02-26-2016 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 08-01-2016 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 07-20-2016 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 07-20-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 10-30-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 10-30-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 10-30-2016 | $0.00 |
| 960 | Appointed representative | | 03-17-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

```
┌─────────────────────────────────────────────────────────────────┐
│          This Product Contains Sensitive Taxpayer Data            │
└─────────────────────────────────────────────────────────────────┘
```

# Account Transcript

|  | |
|---|---|
| Request Date: | 06-01-2017 |
| Response Date: | 06-01-2017 |
| Tracking Number: | 100334303933 |

FORM NUMBER:       1040

TAX PERIOD:        Dec. 31, 2015

TAXPAYER IDENTIFICATION NUMBER:            ▮▮▮-2935
SPOUSE TAXPAYER IDENTIFICATION NUMBER:     ▮▮▮-4352

ALEXANDER D SHOHET & BERNADINE FRIE

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 28,842.53 | |
| ACCRUED INTEREST: | 648.45 | AS OF: Jun. 12, 2017 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jun. 12, 2017 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):              29,490.98

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 03 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 113,644.00 |
| TAXABLE INCOME: | 67,565.00 |
| TAX PER RETURN: | 26,874.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 118,500.00 |
| TOTAL SELF EMPLOYMENT TAX: | 18,528.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Oct. 17, 2016
PROCESSING DATE                                                  Nov. 21, 2016

| | | TRANSACTIONS | | | |
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20164205 | 11-21-2016 | $26,874.00 |
| n/a | 80221-691-28768-6 | | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2016 | | 04-15-2016 | $0.00 |
| 960 | Appointed representative | | 06-27-2016 | $0.00 |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20164405 | 11-21-2016 | $374.00 |
| 276 | Penalty for late payment of tax | 20164405 | 11-21-2016 | $1,074.96 |
| 196 | Interest charged for late payment | 20164405 | 11-21-2016 | $653.94 |
| 971 | Notice issued CP 0014 | | 11-21-2016 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 10-30-2016 | $0.00 |
| 277 | Reduced or removed penalty for late payment of tax | | 12-05-2016 | -$134.37 |
| 520 | Bankruptcy or other legal action filed | | 10-30-2016 | $0.00 |
| 960 | Appointed representative | | 03-17-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data

# Exhibit C



# Internal Revenue Service
United States Department of the Treasury

```
┌────────────────────────────────────────────────────────────┐
│        This Product Contains Sensitive Taxpayer Data         │
└────────────────────────────────────────────────────────────┘
```

# Account Transcript

Request Date:       07-18-2017
Response Date:       07-18-2017
Tracking Number:     100341702333

FORM NUMBER:     1040

TAX PERIOD:      Dec. 31, 2016

TAXPAYER IDENTIFICATION NUMBER:          ▮▮▮-2935
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   ▮▮▮-4352

ALEXANDER D SHOHET & BERNADINE FRIE

LOS ANGELES, CA

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

        --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                         7,983.49
ACCRUED INTEREST:                          30.68  AS OF: Jul. 31, 2017
ACCRUED PENALTY:                           37.46  AS OF: Jul. 31, 2017

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):           8,051.63

        ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                    03
FILING STATUS:                Married Filing Joint
ADJUSTED GROSS INCOME:               -101,279.00
TAXABLE INCOME:                             0.00
TAX PER RETURN:                        11,492.00
SE TAXABLE INCOME TAXPAYER:                 0.00
SE TAXABLE INCOME SPOUSE:              75,111.00
TOTAL SELF EMPLOYMENT TAX:             11,492.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    May  17, 2017
PROCESSING DATE                                                Jun. 26, 2017

```
                                TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed | 20172105 | 06-26-2017 | $11,492.00 |
| n/a | 80221-537-10688-7 | | | |
| 960 | Appointed representative | | 07-05-2016 | $0.00 |
| 960 | Appointed representative | | 03-17-2017 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2017 | | 04-15-2017 | $0.00 |
| 766 | Credit to your account | | 04-15-2017 | -$1,000.00 |
| 170 | Penalty for not pre-paying tax 06-26-2027 | 20172305 | 06-26-2017 | $251.00 |
| 276 | Penalty for late payment of tax | 20172305 | 06-26-2017 | $157.38 |
| 196 | Interest charged for late payment | 20172305 | 06-26-2017 | $83.11 |
| 971 | Notice issued CP 0014 | | 06-26-2017 | $0.00 |
| 670 | Payment | | 07-10-2017 | -$3,000.00 |

```
          This Product Contains Sensitive Taxpayer Data
```



# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

| | |
|---|---|
| Request Date: | 07-18-2017 |
| Response Date: | 07-18-2017 |
| Tracking Number: | 100341596076 |

FORM NUMBER:     1040

TAX PERIOD:      Dec. 31, 2017

TAXPAYER IDENTIFICATION NUMBER:         ▐▐▐▐2935
SPOUSE TAXPAYER IDENTIFICATION NUMBER:  ▐▐▐▐4352

ALEXANDER D SHOHET & BERNADINE FRIE

LOS ANGELES, CA

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                        0.00
ACCRUED INTEREST:                       0.00   AS OF: Jun. 26, 2017
ACCRUED PENALTY:                        0.00   AS OF: Jun. 26, 2017

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                             00
FILING STATUS:            Married Filing Joint
ADJUSTED GROSS INCOME:
TAXABLE INCOME:
TAX PER RETURN:
SE TAXABLE INCOME TAXPAYER:
SE TAXABLE INCOME SPOUSE:
TOTAL SELF EMPLOYMENT TAX:

RETURN NOT PRESENT FOR THIS ACCOUNT

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE DATE | AMOUNT |
|------|----------------------------|------------|--------|
| n/a  | No tax return filed        |            |        |
| 960  | Appointed representative   | 06-05-2017 | $0.00  |

| This Product Contains Sensitive Taxpayer Data |
|:---------------------------------------------:|

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails                     7/18/2017

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 300 N. Los Angeles Street, Room 7211, Los Angeles, CA 90012

A true and correct copy of **UNITED STATES OF AMERICA'S OPPOSITION TO THE DEBTORS' DISCLOSURE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 18, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Bret D. Allen      bankruptcy@bretallen.com, ca.ecf@bretallen.com
Sanaz S Bereliani      berelianilaw@gmail.com, chris@berelianilaw.com;r48595@notify.bestcase.com
Sheila Esmaili      se.law.esq@gmail.com
Marian Garza      ecfnotices@ascensioncapitalgroup.com
Matthew A Lesnick      matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
Ron Maroko      ron.maroko@usdoj.gov
Amelia Puertas-Samara      itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
United States Trustee (LA)      ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**: On July 18, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTORS**
Sheila Esmaili
11400 W Olympic Blvd Ste 200
Los Angeles, CA 90064

ALEXANDER DAVID SHOHET
BERNADINE FRANCIS FRIED
8530 Appian Way
Los Angeles, CA 90046

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**

**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

Service information continued on attached page

3.   **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR
EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on
<u>July 18, 2017</u>**,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for
those who consented in writing to such service method), by facsimile transmission and/or email as follows.
Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be
completed</u> no later than 24 hours after the document
is filed.

**CHAMBERS – PERSONAL DELIVERY**
Honorable Barry Russell
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 18,  2017 | Maria Luisa Q. Parcon | /s/ Maria Luisa Parcon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**