SHEILA ESMAILI, ESQ., SBN 275745
LAW OFFICES OF SHEILA ESMAILI
11601 Wilshire Blvd., Suite 500
Los Angeles, California 90025
T: 310.734.8209 | F: 877.738.6220
E: SELaw@bankruptcyhelpla.com
W: www.bankruptcyhelpla.com

Counsel for *Reorganized* Debtors
Alexander David Shohet and Bernadine Francis Fried

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.: 2:16-bk-24333-BR |
| ALEXANDER DAVID SHOHET and BERNADINE FRANCIS FRIED, | Chapter 11 |
| | REORGANIZED DEBTORS' CHAPTER 11 POST-CONFIRMATION STATUS REPORT; DECLARATION OF DEBTOR ALEXANDER DAVID SHOHET IN SUPPORT THEREOF |
| Debtors. | |

TO THE HONORABLE BARRY RUSSELL, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the reorganized Chapter 11 debtors Alexander David Shohet and Bernadine Francis Fried ("Reorganized Debtors"), hereby files this Post-Confirmation Status Report as follows:

1

REORGANIZED DEBTORS' CHAPTER 11 POST-CONFIRMATION STATUS REPORT 3; DECLARATION OF DEBTOR ALEXANDER DAVID SHOHET IN SUPPORT THEREOF

A. **Brief Procedural Introduction**

1. On October 30, 2016, Alexander David Shohet and Bernadine Francis Fried ("Debtors"), debtors and debtors-in-possession herein, filed the instant voluntary Chapter 11 Bankruptcy ("Instant Bankruptcy"). This is Debtor's second voluntary bankruptcy. In November 2010, Debtors filed a Chapter 7 Bankruptcy, case no. 2:10-bk-57471-BR, and received a standard discharge on February 5, 2014.

2. On March 13, 2018, Debtors filed *Individual Debtors' Second Amended Disclosure Statement in Support of Plan of Reorganization* ("Disclosure Statement") (docket no. 91) and on June 19, 2018, filed *Individual Debtors' Second Amended Modified Chapter 11 Plan of Reorganization* ("Plan") (docket no. 104).

3. On June 27, 2018, the Court entered an *Order Confirming Individual Debtors' Modified Second Amended Chapter 11 Plan of Reorganization* ("Order") (docket no. 106).

4. In November 2019, Debtors became non-compliant with the terms of their Plan.

5. On December 15, 2019, the Court filed an Order to Show Cause ("Order to Show Cause") (docket no. 124) to determine whether or not to dismiss or convert the Instant Bankruptcy.

6. Debtors promptly became compliant with the terms of their Plan, and on April 14, 2020, the Court entered an Order Discharging the Court's Order to Show Cause (docket no. 135).

7. Debtors have since remained current with the terms of their Plan and continue to fulfill the payback obligations of their new loans.

8. On August 3, 2021, the Court entered an order ("Order") granting Debtors' Application for payment of Final Fees and / or Expenses (docket no. 148).

9. On April 14, 2023, Debtors made a wire transfer to bankruptcy counsel for the full balance due on the administrative claim. This amount is currently pending.

10. It is anticipated that Debtor's plan will be substantially consummated by July 1, 2023, and in June 2023, Debtors will file a motion for entry of a final decree since the chapter 11 plan has been substantially consummated and the bankruptcy case has been fully administered pursuant to 11 U.S.C. §§ 350(a), 1101(2), FRBP 3022, and applicable case law.

B.   **Status of Plan Payments**

The following chart lists each class of claims, the total amount required to be paid to each claimant under the Plan, the amount required to be paid as of the date of this report, the amount actually paid, and the deficiency, if any, in required payments.

| Effective Date 7/1/2018 | Plan Treatment | Total Amount Required to be Paid as of 3/2023 | Total Amount Paid | Deficiency in Required Payments? |
|---|---|---|---|---|
| *Administrative* | | | | |
| **Law Offices of Sheila Esmaili** | $37,503.00 | $573.11 | $37,503.00 | No |
| **Clerk's Office Fees** | $0.00 | $0.00 | $0.00 | No |
| **Office of the U.S. Trustee Fees** | Estimated at $650.00/quarter (lump sum) | Estimated at $9,750.00 | Estimated at $9,750.00 | No |
| *Other Claims* | | | | |
| **Internal Revenue Service** | Monthly Payments of: $1,000 (secured) $2,800.41 (priority) $7.50 (unsecured) | Estimated at $213,067.96 | Estimated at $213,067.96 | No |
| **Franchise Tax Board** (Priority Claim) | Monthly Payments of $38.00 | Estimated at $2,128.00 | Estimated at $2,128.00 | No |
| **Bank of America** (Class 1) | Monthly Payments of $4,266.51 | Estimated at $238,924.56 | Estimated at $238,924.56 | No |
| **National City Bank (PNC Bank)** (Class 2) | Monthly Payments of $592.05 | Estimated at $33,154.80 | Estimated at $33,154.80 | No |

3
REORGANIZED DEBTORS' CHAPTER 11 POST-CONFIRMATION STATUS REPORT;
DECLARATION OF DEBTOR ALEXANDER DAVID SHOHET IN SUPPORT THEREOF

| | | | | |
|---|---|---|---|---|
| **Ari Miller** <br><br> (Class 4) | Monthly Payments of $166.67 | Estimated at $9,333.52 | Estimated at $9,333.52 | No |
| **General Unsecured** <br><br> (Class 6(b)) | Plan Rate: $115.23/mo.; 0.42% <br> 60 Month Plan Period (5 years) | Estimated at $6,452.88 | Estimated at $6,452.88 | No |

C.  **Post-Confirmation Tax Liabilities**

Debtors are current on all post-confirmation tax liabilities.

D.  **Debtors' Ability to Comply with the Terms of the Plan**

Debtors generate sufficient income and are in compliance with the terms of their plan.

E.  **Projected Date for Plan Consummation & Application for Final Decree**

Debtors' Plan calls for consummation by approximately July 1, 2023. It is anticipated that Debtor's plan will be consummated by July 1, 2023, and in June 2023, Debtors will file a motion for entry of a final decree since the chapter 11 plan has been substantially consummated and the bankruptcy case has been fully administered pursuant to 11 U.S.C. §§ 350(a), 1101(2), FRBP 3022, and applicable case law.

DATED: 4/14/2023    LAW OFFICES OF SHEILA ESMAILI


By: *S. Esmaili*
Sheila Esmaili
Counsel for Reorganized Debtors

4
REORGANIZED DEBTORS' CHAPTER 11 POST-CONFIRMATION STATUS REPORT; DECLARATION OF DEBTOR ALEXANDER DAVID SHOHET IN SUPPORT THEREOF

## DECLARATION OF ALEXANDER DAVID SHOHET

I, Alexander David Shohet, declare and state as follows:

1. My wife Bernadine Francis Fried and I are the reorganized debtors ("Reorganized Debtors") herein. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2. I have reviewed *Reorganized Debtors' Chapter 11 Post-Confirmation Status Report* in its entirety, and attest to all the facts contained herein.

3. On April 14, 2023, we initiated a wire transfer for the remaining balance due on our bankruptcy counsel's administrative claim.

4. We anticipate our plan will be substantially consummated by July 1, 2023, and we will move the court for an entry of a final decree since the chapter 11 plan has been substantially consummated and the bankruptcy case has been fully administered pursuant to 11 U.S.C. §§ 350(a), 1101(2), FRBP 3022, and applicable case law.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on April 14, 2023 at Los Angeles, California.

                                                      Alexander David Shohet

5

REORGANIZED DEBTORS' CHAPTER 11 POST-CONFIRMATION STATUS REPORT; DECLARATION OF DEBTOR ALEXANDER DAVID SHOHET IN SUPPORT THEREOF

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11601 Wilshire Boulevard, Suite 500, Los Angeles, California 90025.

A true and correct copy of the foregoing document entitled (*specify*): **"REORGANIZED DEBTORS' CHAPTER 11 POST-CONFIRMATION STATUS REPORT; DECLARATION OF ALEXANDER DAVID SHOHET IN SUPPORT THEREOF"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/17/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ron Maroko on behalf of U.S. Trustee United States Trustee (LA): ron.maroko@usdoj.gov
- United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
- Amelia Puertas-Samara on behalf of EDD: itcdbgc@edd.ca.gov
- Marian Garza on behalf of Creditor BMW Financial Services NA, LLC: ecfnotices@ascensioncapitalgroup.com
- Matthew A Lesnick on behalf of Creditor Lesnick Prince & Pappas LLP: matt@lesnickprince.com, matt@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 4/17/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

I caused mailings on service list to be served for delivery by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com.

Honorable Barry Russell
U.S. Bankruptcy Court – Central District of California
255 E. Temple Street, Suite 1660/ Crtm 1668
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/17/2023 | Sheila Esmaili | /s/ Sheila Esmaili |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

Section II: Served by United States Mail:

Amazon/Chase
P. O. Box 15298
Wilmington, DE 19850-5298

Ari Miller
9454 Wilshire Blvd, #650
Beverly Hills, CA 90212-2931

Atkinson Baker
500 N Brand Blvd
Glendale, CA 91203-1945

BMW Financial Services
c/o Ascension Capital Group
P.O. Box 165028
Irving, TX 75016-5028

BMW Financial Services
Customer Service Center
PO Box 3608
Dublin, OH 43016-0306

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Bank of America, N.A.
PO Box 515504
Los Angeles, CA 90051-6804

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Cedars Sinai Medical Center
File 1050
1801 W. Olympic Blvd
Pasadena, CA 91199-1050

Credit Management LP
4200 International Pkwy
Carrollton, TX 75007-1912

Credit One Bank NA
PO Box 98875
Las Vegas, NV 89193-8875

Daniel A S Hoffman
150 N Robertson Blvd, Suite 115
Beverly Hills, CA 90211-2121

David Pasternak
1875 Century Park E, Ste 2200
Los Angeles, CA 90067-2523

Donald Sternberg
5525 Oakdale Ave, Ste 234
Woodland Hills, CA 91364-3619

Dordi Williams Cohen, LLP
724 S Spring Street, Suite 903
Los Angeles, CA 90014-2936

Dr. Andrew Weiss
150 N Robertson Blvd, #250
Beverly Hills, CA 90211-2145

Dr. Harry Aronowitz
9201 W Sunset Blvd, Suite 200
West Hollywood, CA 90069-3711

Fisher Phillips
444 S Flower St Suite 1590
Los Angeles, CA 90071-2950

George Shohet
245 Main St, Ste 310
Venice, CA 90291-5216

Glaser Weil
10250 Constellation Blvd # 19
Los Angeles, CA 90067-6219

Grant & Weber
26610 West Agoura Rd
Calabasas, CA 91302-2975

JRD Wetherly
329 Wetherly Drive, Suite 207
Beverly Hills, CA 90211-1675

Kabbage
730 Peachtree Street
Atlanta, GA 30308-1226

Keith Wolff
11828 La Grange Avenue
Los Angeles, CA 90025-5212

LADWP
PO Box 30808
Los Angeles, CA 90030-0808

Lendingpoint LLC
1701 Barrett Lakes Blvd
Kennesaw, GA 30144-4519

Lesnick, Pappas & Prince
315 West Ninth Street, Ste 705
Los Angeles, CA 90015-1512

Linden Surgical Center
121 Gray Ave, Suite 200
Santa Barbara, CA 93101-1800

Merrick Bank
PO Box 5000
Draper, UT 84020-5000

Merrick Bank
Po Box 9201
Old Bethpage, NY 11804-9001

Michael P Brousseau, MD
150 N Robertson Blvd #115
Beverly Hills, CA 90211-2121

PNC Mortgage
1801 E 9th St, Ste 200
Cleveland, OH 44114-3103

Pablo Ramirez
14247 Calvert St
Van Nuys, CA 91401-3424

Physicians Immunodiag. Laboratory
512 S Verdugo Drive
Burbank, CA 91502-2344

Quest Diagnostics
PO Box 7306
Hollister, MO 65673-7306

Robert Sherwin, JD CPA
333 South Hope St., Ste. 2700
Los Angeles, CA 90071-3036

Square Merchant Account Loan
1455 Market Street, Suite 600
San Francisco, CA 94103-1357

Susan Adlen
8660 Edwin Dr.
Los Angeles, CA 90046-1030

Susan Harrison
1500 Rosecrans Ave, Ste 500
Manhattan Beach, CA 90266-3771

Syncb/amazon
Po Box 965015
Orlando, FL 32896-5015

Tax Resolution Institute
2700 Oxnard St #1160
Woodland Hills, CA 91367

Time Warner Cable
60 Columbus Circle, 17th Floor
New York, NY 10023-5860

Wells Fargo
Po Box 14517
Des Moines, IA 50306-3517

Wells Fargo Bank, N.A.
Attn: Bankruptcy Dept MAC D3347-014
3476 Stateview Blvd
Fort Mill, SC 29715-7200

Wells Fargo Visa
420 Montgomery St
San Francisco, CA 94104-1298

West Coast Clinical Laboratories
7641 Burnet Ave, Suite B
Van Nuys, CA 91405-1006