# Office of the United States Trustee

| | |
|---|---|
| In re:<br>ALEXANDER DAVID SHOHET and BERNADINE FRANCIS FRIED,<br><br>                              Debtor<br><br>Chapter 11 Case No:<br>2:16-bk-24333BR | **Post-Confirmation Status Report**<br><br>Quarter Ending:<br>June 30, 2023 |

| | |
|---|---|
| Attorney/Professional - Name, Address, Phone & FAX:<br>SHEILA ESMAILI, ESQ., SBN 275745<br>LAW OFFICES OF SHEILA ESMAILI<br>11601 Wilshire Blvd., Suite 500<br>Los Angeles, California 90025<br>T: 310.734.8209 \| E: SELaw@BankruptcyHelpLA.com | Person responsible for report  - Name, Address, Phone & FAX<br>DEBTOR ALEXANDER DAVID SHOHET<br>8530 Appian Way<br>Los Angeles, California 90046<br>1-323-899-9115 |

| | |
|---|---|
| Date Order was entered confirming plan | June 27, 2018 (docket no. 106) |
| Disbursing Agent (if any) (Please print) | Debtor Alexander Shohet |

| **SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER** | |
|---|---|
| Disbursements made under the plan | $89,233 |
| Other Disbursements | $0 |
| **Total Disbursements** | **$89,233** |

| | |
|---|---|
| Projected date of final decree | October 2023 |
| What needs to be achieved before a final decree will be sought? (Attach a separate sheet if necessary) | Everything is complete |
| Narrative of events which impact upon the ability to perform under the reorganization plan or other significant events that have occurred during the reporting period (Attach a separate sheet if necessary) | |
| Date last U. S. Trustee fee paid | 03/17/2023 |

| Amount Paid | 356.93 |
|---|---|

I declare under penalty of perjury that the information contained in the document is true, complete and correct.

9/18/2023
-------------
Date

-----------------------------------------------------
Signature of person responsible for this report

*This report is to be filed with the U.S. Trustee quarterly until a final decree is entered.  This report is for U.S. Trustee purposes only.  <u>You may be required to file additional reports with the Bankruptcy Court.</u>*